Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| SAN CARLOS MORTAGE LLC<br><br>Recurrida<br><br>v.<br><br>HILDA DEL ROSARIO FIGUEROA SANTIAGO t/c/ HILDA DEL SOLA FIGUEROA SANTIAGO<br><br>Peticionaria | KLCE202400102 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Fajardo<br><br>Caso Núm. NSCI201500297<br><br>Sobre:<br>Cobro de Dinero y Ejecución de Hipoteca |

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Romero García y el Juez Rodríguez Flores[1].

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 30 de enero de 2024.

I.

Evaluada la *Petición de Certiorari* presentada por la Sra. Hilda Del Rosario Figueroa el 25 de enero de 2024, concluimos que la peticionaria no logró establecer que el Foro primario hubiese incurrido en error alguno, que justifique nuestra intervención. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de Procedimiento Civil,[2] así como en la Regla 40 de nuestro Reglamento,[3] *denegamos* la expedición del presente recurso de *Certiorari.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Panel Especial consistido mediante la Orden Administrativa OATA-2023-059 de 31 de marzo de 2023.
[2] 32 LPRA Ap. V, R. 52.1.
[3] 4 LPRA Ap. XXII-B, R. 40.

Número Identificador

RES2024_____